IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, ex )
rel. LISA MADIGAN, Attorney General of )
the State of Illinois, )
 )
        **Plaintiff,** )
 )
vs. ) CIVIL NO. 05-197-GPM
 )
PHARMACIA CORPORATION, et al., )
 )
        **Defendants.** )

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, on partial consent decrees filed by the parties. It appearing that all claims, crossclaims, and counterclaims in this action having been fully compromised,

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: 06/01/09

                                            JUSTINE FLANAGAN, ACTING CLERK

                                            By: s/ Linda M. McGovern
                                                  Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                G. Patrick Murphy
                United States District Judge